UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WELEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01383 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JULY 10 2015 (Doc 11)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE THE OPENING BRIEF |

On July 10, 2015, the Court ordered Plaintiff to show cause why sanctions should not be imposed for her failure to file an opening brief. (Doc. 11)  In response, Plaintiff filed a stipulation for an extension of time to file her brief. (Doc. 12)  Pursuant to the terms of the Scheduling Order, the parties may stipulate for a single extension of thirty days. (Doc. 8-1 at 4)  Accordingly, the extension requested is appropriate.  Therefore, **IT IS HEREBY ORDERED**:

1. The order to show cause dated July 10, 2015 is **DISCHARGED**; and
2. Plaintiff SHALL file an opening brief no later than **August 7, 2015**.

**<u>No further extensions of time will be granted absent a showing of exceptional good cause.</u>**

IT IS SO ORDERED.

Dated:   **July 14, 2015**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28