# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WERLEIN,<br><br>        Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-1383 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On June 27, 2018, Lori Werlein and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 26) Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees in the amount of $6,000.00 are **AWARDED** to Lori Werlein.

IT IS SO ORDERED.

    Dated: **June 28, 2018**                  **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE