# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WERLEIN,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-01383- JLT<br><br>ORDER REMANDING THE ACTION FOR PAYMENT OF BENEFITS AND DIRECTING THE ENTRY OF JUDGMENT IN FAVOR OF THE PLAINTIFF, LORI WERLEIN<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

On February 28, 2018, the Ninth Circuit issued an opinion directing this Court "to remand [the action] to the ALJ for a calculation and award of appropriate benefits." (*See* Doc. 24 at 8) The mandate of the Court has now taken effect. (Doc. 25). Accordingly, the Court **ORDERS**:

1. The matter is **REMANDED** for the administrative law judge for the payment of benefits, consistent with the opinion of the Ninth Circuit;

2. Judgment SHALL be entered in favor of Plaintiff; and

3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: __**June 28, 2018**__                __**/s/ Jennifer L. Thurston**__
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant in this action.